[No. 8924-6-II.   Division Two.   July 7, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
RICHARD TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 85-1-00120-4, Grant S. Meiner, J., entered

July 3, 1985. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.